**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **WILLIAM B. TURNER,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case No. 1:03 CV 471** |
| | ) | |
| **FRITO LAY** | ) | **Hon. Solomon Oliver** |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Now comes Jason P. Parker, counsel for Plaintiffs, William B. Turner, et al. and respectfully moves this Court for leave to withdraw as counsel of record in the above captioned matter. Counsel states that George H. Faulkner and Joseph C. Hoffman, Jr. will continue to act as counsel for Plaintiff and that his withdrawal will not effect or impede any litigation in the above captioned matter.

1

Respectfully submitted,

FAULKNER, MUSKOVITZ & PHILLIPS LLP, by

/s/   Jason P. Parker

George H. Faulkner (0031582)
Joseph C. Hoffman, Jr. (0056060)
Jason P. Parker (0071302)
820 West Superior Avenue, Ninth Floor
Cleveland, Ohio 44113-1800
Telephone:	(216) 781-3600
Facsimile:	(216) 781-8839
Email:	faulkner@fmplaw.com
Email:	hoffman@fmplaw.com
Email:	parker@fmplaw.com

Attorneys for Plaintiffs
WILLIAM E. TURNER, BERNARD D. SHAFFER &
MICHAEL KENNEDY

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2003, a copy of the foregoing Motion to Withdraw as Counsel of Record was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/  Jason P. Parker
George H. Faulkner (0031582)
Joseph C. Hoffman, Jr. (0056060)
Jason P. Parker (0071302)
820 West Superior Avenue, Ninth Floor
Cleveland, Ohio 44113-1800
Telephone:	(216) 781-3600
Facsimile:	(216) 781-8839
Email:	faulkner@fmplaw.com
Email:	hoffman@fmplaw.com
Email:	parker@fmplaw.com